IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00973-WDM-OES

JONATHAN A. KASPER,

Applicant,

v.

AL ESTEP, Warden,
and COLORADO ATTORNEY GENERAL,

Respondents.

## MINUTE ORDER

**Entered by O. Edward Schlatter, United States Magistrate Judge, on September 29, 2005.**

As demonstrated by respondents' Opposition To Motion To Stay Habeas Application, there exists no grounds upon which to grant the applicant a stay of his habeas application. Accordingly, applicant's Motion To Stay Habeas Application [Filed September 14, 2005; Docket #21] is **DENIED**.