IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00973-WDM-MEH

JONATHAN A. KASPER,

    Applicant,

vs.

AL ESTEP, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, entered June 28, 2006.**

    Applicant's Motion to Stay Requirement that Applicant file Traverse Until Such Time as this Court Rules on Applicant's Motion to Stay Habeas Application to Return to State Courts to Exhaust Newly Discovered Claim [Filed September 14, 2005; Docket #22] is **denied** as **moot.**

    The filing of a Traverse or reply is not required in a habeas action, but may be allowed by a court.  *See* Rule 5(e) of the Rules Governing Section 2254 Cases in the United States District Courts and RULE 5 ADVISORY COMMITTEE NOTES, 1976 Adoption.  Applicant was granted two extensions of time in which to file a Traverse or reply in this matter (Dockets #16 and #19), for a total of just short of 75 days in which to submit his Traverse or reply.  Immediately prior to the expiration of the second extension, Applicant chose, instead, to seek a stay of this case.  The Court denied the Applicant's Motion to Stay Habeas Application on September 30, 2005 (Docket #26).