IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00973-WDM-MEH

JONATHAN A. KASPER,

      Applicant,

v.

AL ESTEP, L.C.F. Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Miller, Judge

      Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. I have reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

      ORDERED that a certificate of appealability will not be issued.

      DATED at Denver, Colorado this 31st day of July, 2007.

BY THE COURT:

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO